No. 1108. BROOKS, ADMINISTRATRIX, *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL.;

No. 1109. DIKIS, ADMINISTRATOR, ET AL. *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL.; and

No. 1110. ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* CHASE NATIONAL BANK ET AL., TRUSTEES, ET AL. June 10, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *William V. Hodges, C. O. Inman* and *Phil W. Davis, Jr.,* for Lola Brooks et al., petitioners. *Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, James L. Homire, Henry W. Anderson, George D. Gibson, Robert T. Swaine, Leonard D. Adkins, Fitzhugh McGrew, Jesse E. Waid, Alexander M. Lewis* and *Orville W. Wood* for Chase National Bank et al., respondents.

No. 1111. ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* CHASE NATIONAL BANK ET AL. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *William V. Hodges* for petitioner. *Arthur A. Gammell* for the Chase National Bank, respondent.